IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

JESSE RANCE MOORE

_____/

INDICTMENT

1:23CR19 AW/MAL

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about June 27, 2022, in the Northern District of Florida, the defendant,

**JESSE RANCE MOORE,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(3) and (c), to wit, a Palmetto State Armory multi-caliber rifle with a barrel of less than 16 inches in length; a Palmetto State Armory multi-caliber rifle with a barrel of less than 16 inches in length; and a Bear Creek Arsenal multi-caliber rifle with a barrel of less than 16 inches in length, each of which firearms was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.



FILED USDC FLND GV
AUG 22 '23 PM 12:40

## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JESSE RANCE MOORE,**

in committing and attempting to commit a felony in violation of the laws of the United States, perpetrated in whole and in part by the use of a firearm, did knowingly possess the firearms described above, any and all interest that this defendant has in the firearms is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665, and Title 26, United States Code, Section 5872.

TRUE BILL:

*Redacted*

_____8-22-23_____
DATE

_____
JASON R. COODY
United States Attorney

_____
F.T. WILLIAMS
Assistant United States Attorney