IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:23-CR-19-AW-MAL |
| -vs- | ) | |
| JESSE RANCE MOORE, | ) | |
| Defendant. | ) | |

## DEENDANT MOORE'S MOTION TO DISMISS INDICTMENT ON GROUNDS OF GRANT OF AMNESTY

Defendant, Jesse Rance Moore, moves to dismiss the indictment in the above-styled cause because he was in a class of persons granted amnesty for the alleged violations of the NFA. As grounds for this Motion, Defendant Moore would show:

1. The indictment in this case charges Defendant Moore with possession of three (3) short-barrel rifles on June 27, 2022, in a single-count, allegedly in violation of 26 *USC* §5861(d), 5871.

2. The statute, 26 *USC* §5861(d), makes it illegal to receive or possess a firearm not registered to the possessor under the National Firearms Registration and Transfer record, hereinafter referred to as the "NFA".

3. Jesse Rance Moore was arrested and the subject firearms seized June 27, 2022.

4. Jesse Rance Moore has not been in possession of any firearms since his arrest.

5. The alleged SBRs seized from Jessie Rance Moore on June 27, 2022, have been in continuous custody of the ATF to date.

6. By Final Rule dated January 13, 2023, the United States Attorney General granted a period of Amnesty, January 31, 2023 to May 31, 2023, in which any person could purge their non-compliance with the NFA as to SBRs.  88 *FR* 6569-6575.

7. Jesse Rance Moore was in compliance with the amnesty requirements of the United States Attorney General because his firearms had already been taken by ATF.  Or, if he was still considered the owner thereof, he was effectively prevented from compliance because of his arrest and the seizure of the firearms.

## MEMORANDUM OF LAW

The pertinent facts, the arrest, the date of seizure of the guns, the continuous custody of the guns by the ATF, are stated in the Motion.

Amnesty is the same as a pardon.  Amnesty is granted to a class of persons and pardon is given to the individual. *United States v. Hughes, et al*., 175 F. 238 (W.D.Pa. 1892).  Grant of amnesty or pardon are within the exclusive province of the executive. *United States v. Flynn*, 407 F. Supp. 3d 116 (D.C.D.D. 2020); *United States v. Lockwood*, 382 F. Supp. 1111 (E.D.N.Y. 1974).  Amnesty or pardon can be granted for offenses, after committed, either before, during or after trial.  *Ex Parte Grossman*,

267 U.S. 87, 120, 45 S.Ct. 332, 69 L.Ed. 527 (1925).

To receive amnesty, the United States Attorney General provided five (5) ways of compliance:

1. Remove the short barrel and attach a barrel longer than 16 inches to make a rifle not within the purview of NFA;

2. Register the firearm before May 31, 2023;

3. Permanently modify the firearm to conform to the NFA;

4. Turn the firearm over to ATF;

5. Destroy the firearm.

88 *FR* 6570.

ATF either executed Jesse Rance Moore's compliance with the amnesty requirements or, if not, prevented his compliance. In either event, Jesse Rance Moore should be bestowed amnesty.

**WHEREFORE,** Jesse Rance Moore submits the Indictment against him should be dismissed.

    /s/Anderson E. Hatfield  
**ANDERSON E. HATFIELD**  
**Attorney for Defendant**  
**Post Office Box 2085**  
**Keystone Heights, FL   32656**  
**(352)-377-5704**  
**Florida Bar No. 142398**

## CERTIFICATE OF WORD COUNT

I certify the word count of this Motion and Memorandum is 483.

/s/Anderson E. Hatfield
**ANDERSON E. HATFIELD**
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed on CM/ECF, for service on all parties of record, this 24th day of June, 2024.

/s/Anderson E. Hatfield
**ANDERSON E. HATFIELD**
**Attorney for Defendant**